IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHEILA BOWMAN,

    Plaintiff,

v.                                      C.A. No.: 3:13-cv-02756-K

IREKA HAMILTON d/b/a ACCESSIBLE
LIVING FACILITY,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, SHEILA BOWMAN, and Defendant, IREKA HAMILTON d/b/a ACCESSIBLE LIVING FACILITY, hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, all Parties bearing their own attorney's fees and costs.

Respectfully submitted this 14th day of April, 2014.

| | |
|---|---|
| */s/ Charles L. Scalise* | */s/ Steven E. Clark* |
| CHARLES L. SCALISE | **STEVEN E. CLARK** |
| Texas Bar No.: 24064621 | State Bar No. 04294800 |
| ROSS LAW GROUP | **MCDOLE & WILLIAMS, P.C.** |
| 1104 San Antonio Street | 1700 Pacific Ave., Suite 1280 |
| Austin, Texas 78701 | Dallas, Texas 75201 |
| Telephone: (512) 474-7677 | (214) 979-1122 (Telephone) |
| Facsimile: (512) 474-5306 | (214) 979-1123 (Facsimile) |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE – Solo Page